**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| BOBBY RAY MYERS and SHERRY MYERS, *his wife*, | : | C.A. No.: 1:14-CV-0368 WBH |
| Plaintiffs, | : | |
| v. | : | |
| GENUINE PARTS COMPANY, et al., | : | |
| Defendants. | : | |

**JOINT MOTION TO EXTEND DISCOVERY AND MODIFY THE SCHEDULING ORDER DATED MAY 1, 2014**

COMES NOW Plaintiffs and Defendants Pneumo Abex LLC, successor in interest to Abex Corporation, Genuine Parts Company; The Boeing Company, Cummins Power Generation, Inc., Cytec Industries Inc., Dana Companies, LLC, Dexter Hysol Aerospace, LLC, Eaton Corporation, individually and as successor-in-interest to Cutler-Hammer, Inc., Ford Motor Company, Goodrich Corporation, The Goodyear Tire & Rubber Company, Henkel Corporation, Honeywell International, Inc., IMO Industries, Inc., Metropolitan Life Insurance Company, Occidental Chemical Company, Pfizer Inc., Schneider Electric USA, Inc., Shell Oil Company, Simmonds Precision Products, Inc., Union Carbide Corporation, and United

Technologies Corporation in the above styled action and pursuant to LR 26.2(B), moves this Court to extend the applicable discovery period and modify the Scheduling Order dated May 1, 2014. The discovery period in this action expires on November 4, 2014. The parties (all defendants in the action were consulted and join in the filing of this Motion) make this request because it has become apparent that discovery in this case will require significantly more time than anticipated.

**BASIS FOR EXTENSION**

The Scheduling Order currently requires that discovery conclude by November 4, 2014. Although the parties have been diligently working with an aim to complete discovery as expeditiously as possible, it is clear that the parties will not be able to conclude discovery within this timeframe.

First, the parties require additional time to complete Plaintiff Bobby Ray Myers' deposition. Mr. Myers was deposed on March 26th and March 27th, 2014; however, due to Mr. Myers' medical condition and health concerns, his deposition was unable to continue. Mr. Myers was further deposed on September 30 and October 1, 2014; Mr. Myers' out-of-state medical appointment on October 2, 2014, resulted in the parties being unable to complete his deposition. At this time, there are twenty defendants remaining in the case and several were unable to complete their questioning

of Mr. Myers during these two sessions of his deposition. Defense liaison, who was responsible for taking lead during Mr. Myers' deposition has yet to question Mr. Myers regarding his medical records. Further, Mr. Myer's trial preservation videotaped deposition has not taken place.

Second, additional time is required to schedule and conduct depositions of co-workers and to prepare for expert discovery that cannot begin until the deposition of Plaintiff Bobby Ray Myers concludes. Granting an extension now will allow the parties to schedule depositions and address expert discovery in an orderly manner. The attached proposed order, Exhibit A, also includes interim dates for completion of fact and expert discovery and related motions that Plaintiffs' counsel and counsel for the defendants have agreed upon.

Accordingly, pursuant to LR 26.2(B), the parties hereby jointly move the Court to extend the discovery period in this action by six (6) months, up to and including, May 4, 2015. Furthermore, the parties would request all subsequent dates scheduled in the Joint Preliminary Report and Discovery Plan previously filed with the Court be extended to reflect the six (6) month extension of the discovery period.

This the 7th day of October, 2014.

Respectfully submitted,

EVERT WEATHERSBY HOUFF

*/s/Ivan A. Gustafson*
Ivan A. Gustafson
Georgia Bar No. 001630
Lucy L. Will
Georgia Bar No. 906486
Attorneys for Pneumo Abex LLC, successor in interest to Abex Corporation

3455 Peachtree Road, NE
Suite 1550
Atlanta, GA 30326
(678) 651-1200 Telephone
(678) 651-1201 Facsimile
IAGustafson@ewhlaw.com
LLWill@ewhlaw.com

*/s/ Laura Cabutto (w/ express permission to Ivan A. Gustafson)*
Laura Cabutto, Esq. (admitted *PHV*)
Simon Greenstone Panatier Bartlett
Attorneys for Plaintiffs

3232 McKinney Avenue
Suite 610
Dallas, TX 75204
lcabutto@sgpblaw.com

Robert C. Buck, Esq.
Georgia Bar No. 092495
Attorney for Plaintiffs

Buck Law Firm
1050 Crown Pointe Parkway
Suite 940
Atlanta, GA 30338
rbuck@buckfirm.com

*/s/ Clay Massey*
*(w/ express permission to Ivan Gustafson)*
Clay Massey, Esq.
Georgia Bar No. 476133
Diane S. Wizig, Esq.
Georgia Bar No. 333706
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Clay.Massey@alston.com
diane.wizig@alston.com
Attorneys for Genuine Parts Company

*/s/ E. Elaine Shofner*
*(w/ express permission to Ivan Gustafson)*
E. Elaine Shofner, Esq.
Georgia Bar No. 405361
Randi M. Warren, Esq.
Georgia Bar No. 442513
Hawkins Parnell Thackston & Young LLP
4000 Suntrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
eshofner@hptylaw.com
rmwarren@hptylaw.com
Attorneys for Cummins Power Generation Inc. f/k/a Cummins Onan; Dana Companies LLC; Shell Oil Company

*/s/ S. DeAnn Bomar*
*(w/ express permission to Ivan Gustafson)*
M. Diane Owens, Esq.
Georgia Bar No. 557490
S. DeAnn Bomar, Esq.
Georgia Bar No. 706919
Swift, Currie, McGhee & Hiers, LLP
The Peachtree - Suite 300
1355 Peachtree Street, NE
Atlanta, GA 30309-3238
Deann.bomar@swiftcurrie.com
Diane.owens@swiftcurrie.com
Attorneys for Cytec Industries Inc.

*/s/ Chris Collier*
*(w/ express permission to Ivan Gustafson)*
Chris Collier, Esq.
Georgia Bar No. 178307
Hawkins Parnell Thackston & Young LLP
4000 Suntrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
ccollier@hptylaw.com
Attorneys for Eaton Corporation, individually and as successor-in-interest to Cutler-Hammer, Inc.

*/s/ Jennifer Burbine*
*(w/ express permission to Ivan Gustafson)*
Jennifer Burbine, Esq.
Georgia Bar No. 167807
Andrew Phillips, Esq.
Georgia Bar No. 575627
Angela M. Spivey, Esq.
Georgia Bar No. 672522
McGuireWoods LLP
Promenade II
1230 Peachtree Street NE
Suite 2100
Atlanta, Georgia 30309-3534
jburbine@mcguirewoods.com
aspivey@mcguirewoods.com
aphillips@mcguirewoods.com
Attorneys for Ford Motor Company

*/s/ Vonnetta Benjamin*
*(w/ express permission to Ivan Gustafson)*
Michael J. Sullivan, Esq.
Georgia Bar No. 142203
Vonnetta Benjamin, Esq.
Georgia Bar No. 049890
Womble Carlyle Sandridge & Rice, PLLC
271 17th Street NW
Suite 2400
Atlanta, Georgia 30363-1017
msullivan@wcsr.com
vbenjamin@wcsr.com
Attorneys for Goodrich Corporation; The Goodyear Tire & Rubber Company; Simmonds Precision Products, Inc.

*/s/ Suneel Gupta*
*(w/ express permission to Ivan Gustafson)*
Sharon Leah Neal, Esq.
Georgia Bar No. 536060
Jeff Peters, Esq.
Georgia Bar No. 835927
Suneel Gupta, Esq.
Georgia Bar No. 452203
Peters & Monyak, LLP
Suite 2275
One Atlanta Plaza
950 East Paces Ferry Road, NE
Atlanta, GA 30326
sneal@petersmonyak.com
japeters@petersmonyak.com
sgupta@petersmonyak.com
Attorneys for IMO Industries, Inc.; Schneider Electric USA, Inc.

*/s/ Kathleen E. Kubis*
*(w/ express permission to Ivan Gustafson)*
C. Garner Sanford, Esq.
Georgia Bar No. 005020
Kathleen E. Kubis, Esq.
Georgia Bar No. 744783
Ogletree, Deakins, Nash, Smoak & Stewart, PC
One Ninety One Peachtree Tower
191 Peachtree Street NE
Suite 4800
Atlanta, GA 30303
garner.sanford@ogletreedeakins.com
Kathleen.kubis@ogletreedeakins.com
Attorneys for Metropolitan Life Insurance Co.

*/s/ Lee Ann Anand*
*(w/ express permission to Ivan Gustafson)*
Lee Ann Anand, Esq.
Georgia Bar No. 004922
Melinda Moseley, Esq.
Georgia Bar No. 526490
Nelson Mullins Riley & Scarborough
201 17th Street NW
Suite 1700
Atlanta, GA 30363
Leeann.anand@nelsonmullins.com
Melinda.moseley@nelsonmullins.com
Attorneys for Occidental Chemical Corporation; Pfizer Inc.;

*/s/ Holly Hempel*
*(w/ express permission to Ivan Gustafson)*
Holly Hempel, Esq.
Georgia Bar No. 345070
Nelson Mullins Riley & Scarborough
201 17th Street NW
Suite 1700
Atlanta, GA 30363
Holly.Hempel@nelsonmullins.com
Attorneys for Honeywell International, Inc.

James L. Hollis, Esq.
Georgia Bar No. 090998
E. Righton Johnson, Esq.
Georgia Bar No. 215211
Balch & Bingham, LLP
30 Ivan Allen Jr. Boulevard NW
Suite 700
Atlanta, GA 30308
Attorneys for Honeywell International, Inc.

*/s/ Catherine Payne*
*(w/ express permission to Ivan Gustafson)*
Lawrie Demorest, Esq.
Georgia Bar No. 217585
Anna Sumner, Esq.
Georgia Bar No. 691777
Catherine Payne, Esq.
Georgia Bar No. 463911
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Lawrie.demorest@alston.com
Anna.sumner@alston.com
Catherine.payne@alston.com
Attorneys for Union Carbide Corporation

*/s/ Todd Schwartz*
*(w/ express permission to Ivan Gustafson)*
Todd Schwartz, Esq.
Georgia Bar No. 631210
R. Scott Masterson, Esq.
Georgia Bar No. 476356
Lewis Brisbois Bisgaard & Smith LLP
1180 Peachtree Street NE Suite 2900
Atlanta, GA 30309
Todd.schwartz@lewisbrisbois.com
Scott.masterson@lewisbrisbois.com
Attorneys for Dexter Hysol Aerospace LLC; Henkel Corporation

*/s/ Stephen Brooks*
*(w/ express permission to Ivan Gustafson)*
Stephen Brooks, Esq.
Georgia Bar No. 085151
Lucas Westby, Esq.
Georgia Bar No. 594008
Nelson, Mullins, Riley & Scarborough, LLP
201 17th Street NW
Suite 1700
Atlanta, GA 30363
Stephen.brooks@nelsonmullins.com
Lucas.westby@nelsonmullins.com
Attorneys for United Technologies

*/s/ Ollie M. Harton*
*(w/ express permission to Ivan Gustafson)*
Ollie M. Harton, Esq.
Georgia Bar No. 334585
Thomas Soderberg, Esq.
Georgia Bar No. 666375
Hawkins Parnell Thackston & Young LLP
4000 Suntrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
oharton@hptylaw.com
tsoderberg@hptylaw.com
Attorneys for The Boeing Company

CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, this is to certify that the foregoing *Joint Motion to Extend Discovery and Modify the Scheduling Order dated May 1, 2014* complies with the font and point selections approved by the Court in Local Rule 5.1C. The foregoing was prepared on a computer using Times New Roman font (14 point).

Respectfully submitted this 7th day of October, 2014.

*/s/ Ivan A. Gustafson*
Ivan A. Gustafson
Georgia Bar No. 001630
Attorneys for Pneumo Abex LLC

EVERT WEATHERSBY HOUFF
3455 Peachtree Road, NE
Suite 1550
Atlanta, GA 30326
(678) 651-1200 - Telephone
IAGustafson@ewhlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| BOBBY RAY MYERS and SHERRY MYERS, *his wife*, | : C.A. No.: 1:14-CV-0368 WBH |
| Plaintiffs, | : |
| v. | : |
| GENUINE PARTS COMPANY, et al., | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

On October 7, 2014, *Joint Motion to Extend Discovery and Modify Scheduling Order dated May 1, 2014* was served on all counsel of record via electronic mail to the following:

Robert C. Buck, Esq.
Buck Law Firm
1050 Crown Pointe Parkway
Suite 940
Atlanta, GA 30338
rbuck@buckfirm.com

Laura Cabutto, Esq.
Simon Greenstone Panatier Bartlett
3232 McKinney Avenue
Suite 610
Dallas, TX 75204
lcabutto@sgpblaw.com
Co-Counsel (pro hac vice granted 3/12/2014)

Clay Massey, Esq.
Catherine Payne, Esq.
Diane Wizig, Esq.
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Clay.Massey@alston.com
Catherine.payne@alston.com
diane.wizig@alston.com
Attorneys for Genuine Parts Company

E. Elaine Shofner, Esq.
Randi M. Warren, Esq.
Hawkins Parnell Thackston & Young LLP
4000 Suntrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
eshofner@hptylaw.com
rmwarren@hptylaw.com
Attorneys for Cummins Power Generation Inc. f/k/a Cummins Onan; Dana Companies LLC; Shell Oil Company

M. Diane Owens, Esq.
S. DeAnn Bomar, Esq.
Swift, Currie, McGhee & Hiers, LLP
The Peachtree - Suite 300
1355 Peachtree Street, NE
Atlanta, GA 30309-3238
Deann.bomar@swiftcurrie.com
Diane.owens@swiftcurrie.com
Attorneys for Cytec Industries Inc.

Chris Collier, Esq.
Hawkins Parnell Thackston & Young LLP
4000 Suntrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
ccollier@hptylaw.com
Attorneys for Eaton Corporation, individually and as successor-in-interest to Cutler-Hammer, Inc.

Angela Spivey, Esq.
Andrew Phillips, Esq.
Jennifer Burbine, Esq.
McGuireWoods LLP
Promenade II
1230 Peachtree Street NE
Suite 2100
Atlanta, Georgia 30309-3534
aspivey@mcguirewoods.com
aphillips@mcguirewoods.com
jburbine@mcguirewoods.com
Attorneys for Ford Motor Company

Michael J. Sullivan, Esq.
Vonnetta Benjamin, Esq.
Womble Carlyle Sandridge & Rice, PLLC
271 17th Street NW
Suite 2400
Atlanta, Georgia 30363-1017
msullivan@wcsr.com
vbenjamin@wcsr.com
Attorneys for Goodrich Corporation; The Goodyear Tire & Rubber Company; Simmonds Precision Products, Inc.

Sharon Leah Neal, Esq.
Jeff Peters, Esq.
Suneel Gupta, Esq.
Peters & Monyak, LLP
Suite 2275
One Atlanta Plaza
950 East Paces Ferry Road, NE
Atlanta, GA 30326
sneal@petersmonyak.com
japeters@petersmonyak.com
sgupta@petersmonyak.com
Attorneys for IMO Industries, Inc.; Schneider Electric USA, Inc.

C. Garner Sanford, Esq.
Kathleen E. Kubis, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, PC
One Ninety One Peachtree Tower
191 Peachtree Street NE
Suite 4800
Atlanta, GA 30303
garner.sanford@ogletreedeakins.com
Kathleen.kubis@ogletreedeakins.com
Attorneys for Metropolitan Life Insurance Co.

Lee Ann Anand, Esq.
Melinda Moseley, Esq.
Holly Hempel, Esq.
Nelson Mullins Riley & Scarborough
201 17th Street NW
Suite 1700
Atlanta, GA 30363
Leeann.anand@nelsonmullins.com
Melinda.moseley@nelsonmullins.com
Holly.Hempel@nelsonmullins.com
Attorneys for Occidental Chemical Corporation; Pfizer Inc.; Honeywell International, Inc.

James L. Hollis, Esq.
E. Righton Johnson, Esq.
Balch & Bingham, LLP
30 Ivan Allen Jr., Blvd NW
Suite 700
Atlanta, GA 30308
jhollis@balch.com
erjohnson@balch.com
Attorneys for Honeywell International Inc.

Lawrie E. Demorest, Esq.
Anna Sumner, Esq.
Catherine Payne, Esq.
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Lawrie.demorest@alston.com
Anna.sumner@alston.com
Catherine.payne@alston.com
Attorneys for Union Carbide Corporation;

Todd Schwartz, Esq.
R. Scott Masterson, Esq.
Lewis Brisbois Bisgaard & Smith LLP
1180 Peachtree Street NE
Suite 2900
Atlanta, GA 30309
Todd.schwartz@lewisbrisbois.com
Scott.masterson@lewisbrisbois.com
Attorneys for Dexter Hysol Aerospace LLC; Henkel Corporation (sued individually as successor in interest to Dexter Hysol Aerospace, Inc.); and Henkel Corporation f/k/a Henkel Loctite Corporation (sued as successor to Permatex Company, Inc.)

Stephen Brooks, Esq.
Lucas Westby, Esq.
Nelson, Mullins, Riley & Scarborough, LLP
201 17th Street NW
Suite 1700
Atlanta, GA 30363
Stephen.brooks@nelsonmullins.com
Lucas.westby@nelsonmullins.com
Attorneys for United Technologies

Ollie M. Harton, Esq.
Thomas Soderberg, Esq.
Hawkins Parnell Thackston & Young LLP
4000 Suntrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
oharton@hptylaw.com
tsoderberg@hptylaw.com
Attorneys for The Boeing Company

/s/ *Ivan A. Gustafson*
Ivan A. Gustafson

EVERT WEATHERSBY HOUFF
3455 Peachtree Road, NE
Suite 1550
Atlanta, GA 30326
(678) 651-1200 Telephone
(678) 651-1201 Facsimile
IAGustafson@ewhlaw.com