IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **BOBBY RAY MYERS** and **SHERRY MYERS**, *his wife*, | : : C.A. No.: 1:14-CV-0368 ELR : |
| Plaintiffs, | : : |
| v. | : : : |
| **GENUINE PARTS COMPANY**, et al., | : : : |
| Defendants. | : |

### PLAINTIFFS' UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT ORDER DEADLINES

COME NOW Plaintiffs, and file this Unopposed Motion to Extend the Case Management Order in the above-referenced matter, and would show the Court as follows:

### BASIS FOR EXTENSION

The scheduling order currently requires that discovery conclude by December 30, 2014. Although the parties have been working diligently to complete discovery, it is clear that the parties will not be able to conclude the fact discovery within this timeframe.

The parties are working to complete the deposition of Plaintiff Bobby Myers. Mr. Myers was deposed on March 26th and 27th, however; due to Mr.

Myers' medical condition and health concerns, his deposition was unable to continue. Mr. Myers was further deposed on September 30 and October 1, 2014; Mr. Myers' out-of-state medical appointment on October 2, 2014, resulted in the parties being unable to complete his deposition. Mr. Myers was also deposed on November 18, 2014 during which time the Defendants were able to complete their questioning of Mr. Myers.

At this time, counsel for Plaintiffs has been able to ask Mr. Myers a limited number of questions. Mr. Myers' trial preservation videotaped deposition has not taken place. Mr. Myers was unavailable to complete his deposition from December 3rd to approximately December 14th. Counsel for Plaintiffs was also contacted by a number of Defendants stating that they were unavailable to complete the deposition of Mr. Myers the week of December 15, 2014.

Additional time is also required to schedule and conduct depositions of coworkers and to prepare for expert discovery that cannot begin until the deposition of Plaintiff Bobby Ray Myers concludes. Granting an extension will allow the parties to schedule depositions and address expert discovery in an orderly manner. The attached proposed order, **Exhibit "A"**, also includes interim dates for completion of fact and expert discovery and related motions that Plaintiffs' counsel and counsel for the Defendants have agreed upon.

Wherefore Plaintiffs request that the existing case management order be

vacated and that the **Amended Case Management Order** attached hereto as **Exhibit "A"** be entered in its place.

        **BUCK LAW FIRM**

        */s/ Robert C. Buck*
        Robert C. Buck, Esq.
        Georgia Bar No. 092495
        1050 Crown Pointe Parkway
        Suite 940
        Atlanta, GA 30338
        Telephone: (678) 338-4999
        Facsimile: (678) 338-4990


        /s/ Laura Cabutto
        Laura Cabutto
        *Admitted Pro Hac Vice*
        Simon Greenstone Panatier Bartlett, PC
        3232 McKinney Avenue
        Dallas, Texas 75204
        (214) 276-7680
        lcabutto@sgpblaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **BOBBY RAY MYERS** and **SHERRY MYERS**, *his wife*, | : C.A. No.: 1:14-CV-0368 ELR |
| Plaintiffs, | : |
| v. | : |
| **GENUINE PARTS COMPANY**, et al., | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

On December 23, 2014, Plaintiff's Unopposed Motion to Extend Case Management Order Deadlines of undersigned counsel for Bobby Ray Myers and Sherry Myers was electronically filed using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*Plaintiff's Unopposed Motion to Extend Case Management Order Deadlines dated December 23, 2014*
was served on all counsel of record via
electronic mail to the following:

Robert C. Buck, Esq.
Buck Law Firm
1050 Crown Pointe Parkway

Suite 940
Atlanta, GA 30338
rbuck@buckfirm.com

Laura Cabutto, Esq.
Simon Greenstone Panatier Bartlett
3232 McKinney Avenue
Suite 610
Dallas, TX 75204
lcabutto@sgpblaw.com
Co-Counsel (pro hac vice granted 3/12/2014)

Clay Massey, Esq.
Catherine Payne, Esq.
Diane Wizig, Esq.
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Clay.Massey@alston.com
Catherine.payne@alston.com
diane.wizig@alston.com
Attorneys for Genuine Parts Company

E. Elaine Shofner, Esq.
Randi M. Warren, Esq.
Hawkins Parnell Thackston & Young LLP
4000 Suntrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
eshofner@hptylaw.com
rmwarren@hptylaw.com
Attorneys for Cummins Power Generation Inc. f/k/a Cummins Onan; Dana Companies LLC; Shell Oil Company

M. Diane Owens, Esq.
S. DeAnn Bomar, Esq.
Swift, Currie, McGhee & Hiers, LLP
The Peachtree - Suite 300
1355 Peachtree Street, NE
Atlanta, GA 30309-3238

De ann. bomar@swiftcurrie.com
Diane.owens@swiftcurrie.com
Attorneys for Cytec Industries Inc.

Chris Collier, Esq.
Hawkins Parnell Thackston & Young LLP
4000 Suntrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
ccollier@hptylaw.com
Attorneys for Eaton Corporation, individually and as successor-in-interest to Cutler-Hammer, Inc.

Angela Spivey, Esq.
Andrew Phillips, Esq.
Jennifer Burbine, Esq.
McGuire Woods LLP
Promenade II
1230 Peachtree Street NE
Suite 2100
Atlanta, Georgia 30309-3534
aspivey@mcguirewoods.com
aphillips@mcguirewoods.com
jburbine@mcguirewoods.com
Attorneys for Ford Motor Company

Michael J. Sullivan, Esq.
V onnetta Benjamin, Esq.
Womble Carlyle Sandridge & Rice, PLLC
271 17th Street NW
Suite 2400
Atlanta, Georgia 30363-1017
msullivan@wcsr .com
vbenjamin@wcsr.com
Attorneys for Goodrich Corporation; The Goodyear Tire & Rubber Company; Simmonds Precision Products, Inc.

Sharon Leah Neal, Esq.
JeffPeters, Esq.
Suneel Gupta, Esq.
Peters & Monyak, LLP
Suite 2275

One Atlanta Plaza
950 East Paces Ferry Road, NE
Atlanta, GA 30326
sneal@petersmonyak.com
japeters@petersmonyak. com
sgupta@petersmonyak.com
Attorneys for IMO Industries, Inc.; Schneider Electric USA, Inc.

C. Garner Sanford, Esq.
Kathleen E. Kubis, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, PC
One Ninety One Peachtree Tower
191 Peachtree Street NE
Suite 4800
Atlanta, GA 30303
garner.sanford@ogletreedeakins.com
Kathleen.kubis@ogletreedeakins.com
Attorneys for Metropolitan Life Insurance Co.

Lee Ann Anand, Esq.
Melinda Moseley, Esq.
Holly Hempel, Esq.
Nelson Mullins Riley & Scarborough
201 17th Street NW
Suite 1700
Atlanta, GA 30363
Leeann.anand@nelsonmullins.com
Melinda.moseley@nelsonmullins.com
Holly.Hempel@nelsonmullins.com
Attorneys for Occidental Chemical Corporation; Pfizer Inc.; Honeywell International, Inc.

James L. Hollis, Esq.
E. Righton Johnson, Esq.
Balch & Bingham, LLP
30 Ivan Allen Jr., Blvd NW
Suite 700
Atlanta, GA 30308
jhollis@balch.com
erj ohnson@balch.com
Attorneys for Honeywell International Inc.

Lawrie E. Demorest, Esq.
Anna Sumner, Esq.
Catherine Payne, Esq.
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Lawrie.demorest@alston.com
Anna.sumner@alston.com
Catherine. payne@alston.com
Attorneys for Union Carbide Corporation;

Todd Schwartz, Esq.
R. Scott Masterson, Esq.
Lewis Brisbois Bisgaard & Smith LLP
1180 Peachtree Street NE
Suite 2900
Atlanta, GA 30309
Todd.schwartz@lewisbrisbois.com
Scott.masterson@lewisbrisbois.com
Attorneys for Dexter Hysol Aerospace LLC; Henkel Corporation (sued individually as successor in interest to Dexter Hysol Aerospace, Inc.); and Henkel Corporation f/k/a Henkel Loctite Corporation (sued as successor to Permatex Company, Inc.)

Stephen Brooks, Esq.
Lucas Westby, Esq.
Nelson, Mullins, Riley & Scarborough, LLP
201 17th Street NW
Suite 1700
Atlanta, GA 30363
Stephen.brooks@nelsonmullins.com
Lucas.westby@nelsonmullins.com
Attorneys for United Technologies

Ollie M. Harton, Esq.
Thomas Soderberg, Esq.
Hawkins Parnell Thackston & Young LLP
4000 Suntrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243

oharton@hptylaw.com
tsoderberg@hptylaw.com
Attorneys for The Boeing Company

                               **BUCK LAW FIRM**

                               */s/ Robert C. Buck*
                               Robert C. Buck, Esq.
                               Georgia Bar No. 092495
                               1050 Crown Pointe Parkway
                               Suite 940
                               Atlanta, GA 30338
                               Telephone:  (678) 338-4999
                               Facsimile: (678) 338